**Order entered March 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01329-CR
No. 05-12-01336-CR

**LAKENDRICK DUMANDRE HAYDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-62407-R, F11-61298-R**

## ORDER

The Court **ORDERS** court reporter Mary Snider to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 31, a video.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Mary Snider, official court reporter, 265th Judicial District Court, and to counsel for all parties.


/s/    LANA MYERS
       JUSTICE